[No. 24922-7-II. Division Two. August 18, 2000.]

ROBERT D. GOURLEY, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-2-00866-5, Kenneth D. Williams, J., entered June 24, 1999. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 23947-7-II. Division Two. August 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN LEE KEYS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-01263-5, Thomas P. Larkin, J., entered October 20, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.

[Nos. 45353-0-I; 45354-8-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ALPHONSO L. GRAY, *Respondent*.

Appeals from judgments of the Superior Court for King County, Nos. 99-1-02037-1 and 99-1-10258-2, Michael Hayden, J., entered September 30, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45418-8-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES A. FIELDS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01605-6, Terence P. Lukens, J., entered October 4, 1999. *Remanded* by unpublished per curiam opinion.